Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email address: katherine.labarre@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMPLETE GENOMICS, INC.,<br><br>        Defendant. | Case No. 3:10-cv-05542 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:     December 28, 2010

                                        Respectfully submitted,

                                        KAYE SCHOLER LLP


                                        By   */s/ Michael J. Malecek*
                                             Michael J. Malecek
                                             Attorneys for Defendant and Counterclaimant
                                             COMPLETE GENOMICS, INC.