Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Katherine R. LaBarre (State Bar No. 269726)
Email address: katherine.labarre@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No.  C 10-05542 CRB <br><br> **STIPULATED ORDER** |

WHEREAS in the Court's Order Setting Case Management Conference the Court stated that if the case management conference is inconveniently scheduled, it may be rescheduled by stipulation and order to another date or time convenient to the Court's calendar.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the case management conference will be held before Judge Charles R. Breyer on Friday, April 1, 2011 at 8:30 a.m., in Courtroom 8, 19th floor, 450 Golden Gate Avenue, San Francisco, California.

*/s/ Katherine LaBarre*
Katherine LaBarre (State Bar No. 269726)
Email: katherine.labarre@kayescholer.com
Michael J. Malecek (State Bar No. 171034)
Email: michael.malecek@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 2-400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Mark Shtilerman (admitted *pro hac vice*)
Email: mark.shtilerman@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 583-2360

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

*/s/ John R. Labbe*
John R. Labbe (admitted *pro hac vice*)
Email: jlabbe@marshallip.com
Kevin M. Flowers (admitted *pro hac vice*)
Email: kflowers@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __28th__ day of ___January___, 2011

_____
Honorable Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATED ORDER                                                                       Case No. C 10-05642 CRB

1