KEVIN M. FLOWERS (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: jlabbe@marshallip.com

GINA A. BIBBY
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC., | Case No. 3:10-cv-05542 |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO STAY AND CHANGE CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| COMPLETE GENOMICS, INC. | |
| Defendant. | |

## STIPULATION

WHEREAS the hearing on Defendant's Motion to Stay is currently set for March 11, 2011 at 10:00 A.M.; and

WHEREAS the Plaintiffs' opposition to the Motion to Stay is currently due on Friday, February 18, 2011, and the Defendant's reply in support of the Motion to Stay is currently due on Friday, February 25, 2011; and

WHEREAS the parties are currently negotiating a stipulation regarding the voluntary dismissal of certain claims that would render moot Defendant's Motion to Stay, and the parties anticipate that with additional time they are likely to reach agreement on such a stipulation; and

WHEREAS the initial case management conference is currently scheduled for April 1, 2011 at 8:30 A.M.; and

WHEREAS the date of the initial case management conference conflicts with the Defendant's schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date for the hearing on **Defendant's Motion to Stay is continued** from March 11, 2011 at 10:00 A.M. until **March 25, 2011 at 10:00 A.M.**, and accordingly, Plaintiffs' opposition to the Motion to Stay is due on March 4, 2011, and Defendant's reply in support of the Motion to Stay is due on March 11, 2011. Additionally, the date of the **initial case management conference** is moved from Friday April 1, 2011 at 8:30 A.M. to Friday, **April 8, 2011 at 8:30 A.M.**

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING DATE FOR DEFENDANT'S MOTION TO STAY AND CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO: 3:10-CV-05542

2

| | |
|---|---|
| *s/ Katherine LaBarre* | */s/ John R. Labbé* |
| Katherine LaBarre (State Bar No. 269726) | John R. Labbe (admitted *pro hac vice*) |
| Email: katherine.labarre@kayescholer.com | Email: jlabbe@marshallip.com |
| Michael J. Malecek (State Bar No. 171034) | Kevin M. Flowers (admitted *pro hac vice*) |
| Email: michael.malecek@kayescholer.com | Email: kflowers@marshallip.com |
| KAYE SCHOLER LLP | MARSHALL, GERSTEIN & BORUN LLP |
| Two Palo Alto Square, Suite 2-400 | 233 South Wacker Drive |
| 3000 El Camino Real | 6300 Willis Tower |
| Palo Alto, California 94306-2112 | Chicago, Illinois 60606-6357 |
| Telephone: (650) 319-4500 | Telephone: (312) 474-6300 |
| Facsimile: (650) 319-4700 | Facsimile: (312) 474-0448 |
| | |
| Mark Shtilerman (admitted *pro hac vice*) | Gina A. Bibby |
| Email: mark.shtilerman@kayescholer.com | Email: gbibby@foley.com |
| KAYE SCHOLER LLP | FOLEY & LARDNER LLP |
| 425 Park Avenue | 975 Page Mill Road |
| New York, New York 10022 | Palo Alto, CA 94304 |
| Telephone: (212) 836-8000 | Telephone: (650) 856-3700 |
| Facsimile: (212) 583-2360 | Facsimile: (650) 856-3710 |
| | |
| Attorneys for Defendant and Counterclaimant COMPLETE GENOMICS, INC. | Attorneys for Plaintiffs ILLUMINA, INC. and SOLEXA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  18th  day of February, 2011.

_____
Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California)*

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO STAY AND CHANGE CASE MANAGEMENT CONFERENCE DATE**
**CASE NO: 3:10-CV-05542**

3