1
2
3
4
5
6     UNITED STATES DISTRICT COURT
7     NORTHERN DISTRICT OF CALIFORNIA
8
ILLUMINA, INC. and SOLEXA, INC.,
9                                              No. C 3:10-05542-CRB
10         Plaintiff(s),                       **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11     v.
COMPLETE GENOMICS, INC.,
12                                              **MAGISTRATE JUDGE LAPORTE**
13         Defendant(s).
                                          /
14
15     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**Pursuant to agreement with Defendant, Plaintiffs consent to proceed before Magistrate Judge Laporte.**

21 Dated: April 4, 2011                    */s/ John R. Labbe*
                                           Signature

                                           Counsel for  Plaintiffs
23                                         (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28