Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Katherine R. LaBarre (State Bar No. 269726)
Email address: katherine.labarre@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Defendant and Counterclaimant
Complete Genomics, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. AND SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:10-cv-05542 CRB <br><br> **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ELIZABETH D. LAPORTE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Elizabeth D. Laporte conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Dated: April 4, 2011          By:     */s/ Katherine LaBarre*
                                      Katherine LaBarre
                                      Attorneys for Defendant and Counterclaimant
                                      COMPLETE GENOMICS, INC.