IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>COMPLETE GENOMICS, INC.<br><br>    Defendant._____/ | No.   C 10-5542 CRB<br><br>**ORDER OF REASSIGNMENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE UPON CONSENT** |

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the parties having filed their consent to have United States Magistrate Judge Elizabeth D. Laporte conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

This case is reassigned to United States Magistrate Judge Elizabeth D. Laporte for all further proceedings, including trial and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit and voluntarily waives the right to proceed before a United States District Judge.

**IT IS SO ORDERED.**

Date: April 6, 2011

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE

N:\docs\consentmag_order.wpd