# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

ILLUMINA, INC. and SOLEXA, INC.,

  Plaintiffs,

v.

COMPLETE GENOMICS, INC.

  Defendant.

Case No.  3:10-cv-05542 EDL

**[PROPOSED] CASE MANAGEMENT ORDER**

Following the Case Management Conference held on May 3, 2011, pursuant to Fed. R. Civ. P. 16, IT IS HEREBY ORDERED THAT the following case management order is entered:

The Court sets the following case schedule based on the Court's calendar and the dates the parties proposed in the Joint Case Management Statement:

| **Event** | **Date** |
| --- | --- |
| Last day to join parties | May 17, 2011 |
| Last day to file and serve amendments to the pleadings (other than to join parties) | January 15, 2012, 2 months before close of fact discovery (without leave of court) |
| Last day for Illumina to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce documents (Patent L.R. 3-1, 3-2) | May 17, 2011 (14 days after Initial Case Management Conference) |
| Last day for Complete to serve Preliminary Invalidity Contentions and produce documents (Patent L.R. 3-3, 3-4) | July 1, 2011 (45 days after service of Disclosure of Asserted Claims and Preliminary Infringement Contentions) |

| Event | Date |
|---|---|
| Last day for parties to exchange proposed claim terms for construction (Patent L.R. 4-1) | July 15, 2011 (14 days after service of Invalidity Contentions) |
| Last day for parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | August 5, 2011 (21 days after Patent L.R. 4-1 exchange) |
| Last day for parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | August 30, 2011 (60 days after service of Invalidity Contentions) |
| Last day to complete Claim Construction discovery (Patent L.R. 4-4) | September 29, 2011 (30 days after filing of Joint Claim Construction and Prehearing Statement) |
| Last day for Illumina to file Opening Claim Construction Brief (Patent L.R. 4-5) | October 14, 2011 (45 days after filing of Joint Claim Construction and Prehearing Statement) |
| Last day for Complete to file Responsive Claim Construction Brief (Patent L.R. 4-5) | October 28, 2011 (14 days after service of Opening Claim Construction Brief) |
| Last day for Illumina to file Reply Claim Construction brief (Patent L.R. 4-5) | November 4, 2011 (7 days after service of Responsive Claim Construction Brief) |
| Claim construction prehearing conference and tutorial (attorneys to give tutorial presentations) | November 30, 2011 at 10:00 A.M. |
| Claim construction hearing (Patent L.R. 4-6) | December 9, 2011 at 2:30 P.M. |
| Complete fact discovery | March 15, 2012 |
| Case Management Conference following claim construction ruling | To be determined |
| Designate Experts/Exchange expert reports on issues on which a party bears the burden | 60 days after Court's claim construction ruling |
| Designate Rebuttal Experts/Exchange rebuttal expert reports | 45 days after production of expert reports |
| Exchange reply expert reports | 30 days after production of rebuttal expert reports |

| Event | Date |
|---|---|
| Complete expert discovery | 45 days after production of reply expert reports |
| Last date to file dispositive motions | 30 days after close of expert discovery |
| Pretrial Conference | To be determined |
| Trial | To be determined |

IT IS SO ORDERED, this _____ day of May, 2011.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge