| | |
|---|---|
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| John R. Labbé (admitted *pro hac vice*) | Email:  michael.malecek@kayescholer.com |
| MARSHALL, GERSTEIN & BORUN LLP | Katherine LaBarre (State Bar No. 269726) |
| 233 South Wacker Drive | Email:  katherine.labarre@kayescholer.com |
| 6300 Willis Tower | KAYE SCHOLER LLP |
| Chicago, Illinois 60606-6357 | Two Palo Alto Square, Suite 2-400 |
| (312) 474-6300 (telephone) | 3000 El Camino Real |
| (312) 474-0448 (facsimile) | Palo Alto, California  94306-2112 |
| E-Mail: kflowers@marshallip.com | Telephone:  (650) 319-4500 |
| E-Mail: jlabbe@marshallip.com | Facsimile:  (650) 319-4700 |

Gina A. Bibby
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Defendant and
Counterclaimant
COMPLETE GENOMICS, INC.

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC., | ) ) ) |
| Plaintiffs, | ) Case No.  3:10-cv-05542 EDL ) |
| v. | ) **STIPULATION AND [PROPOSED]** ) **ORDER DISMISSING CLAIMS** ) **REGARDING U.S. PATENT NOS.** ) **7,232,656 AND 7,598,035 AND** |
| COMPLETE GENOMICS, INC. | ) **DENYING DEFENDANT'S MOTION** ) **TO STAY AS MOOT** |
| Defendant. | ) ) ) |

1  WHEREAS the Plaintiffs, Illumina, Inc. and Solexa, Inc., filed the present lawsuit against Defendant Complete Genomics on August 3, 2010;

WHEREAS a motion to transfer the present lawsuit from the District of Delaware to the Northern District of California was granted on November 9, 2010;

WHEREAS U.S. Patent No. 7,232,656 ("the '656 patent") and U.S. Patent No. 7,598,035 ("the '035 patent") were in *inter partes* reexamination as of March 24, 2010 and January 19, 2010, respectively;

WHEREAS all claims of the '656 patent were rejected by the U.S. Patent and Trademark Office in the pending *inter partes* reexamination on May 19, 2010 and again on December 14, 2010;

WHEREAS all claims of the '035 patent were rejected by the U.S. Patent and Trademark Office in the pending *inter partes* reexamination on March 24, 2010 and again on December 2, 2010;

WHEREAS Complete Genomics informed the Plaintiffs of its intent to file a motion to stay pending the *inter partes* reexamination proceedings;

WHEREAS the Plaintiffs informed Complete Genomics of their intent to oppose the motion to stay;

WHEREAS after Complete Genomics filed its motion to stay, the Plaintiffs proposed to dismiss without prejudice all claims relating to the '656 and '035 patents and to proceed on U.S. Patent No. 6,306,597 ("the '597 patent");

WHEREAS the Parties seek to reach an agreement on the dismissal of all claims related to the '656 and '035 patents in this litigation, but also seek to protect the interests of the Parties; and

WHEREAS the Court conducted a hearing on May 3, 2011 regarding Complete Genomics's motion to stay at which the Parties agreed to enter the following Stipulation;

IT IS HEREBY STIPULATED AND AGREED, and the Parties respectfully request that the Court confirm in an order:

1. The Plaintiffs' claims regarding the '656 and the '035 patents are hereby dismissed without prejudice.

2. Complete Genomics's counterclaims regarding the '656 and the '035 patents are hereby dismissed without prejudice.

3. To allow the record on issues of patent validity and claim construction to be fully developed, Plaintiffs agree not to file any lawsuit against Complete Genomics, and Complete Genomics agrees not to file any lawsuit against either Plaintiff, regarding the '656 or '035 patent, until the later of: (1) August 1, 2012, or (2) when the portion of all currently pending proceedings regarding the patent to be asserted are final (*i.e.*, the '035 patent and '656 patent are addressed separately);

    a. "All currently pending proceedings" includes:

        i. *Life Technologies Corp., et al. v. Illumina Inc,. et al.*, Case No. 3:11-cv-00703-JAH-POR (S.D. Cal.),[1]

        ii. Reexamination Application No. 95/000,528, the *inter partes* reexamination of the '656 patent, and

        iii. Reexamination Application No. 95/000,527, the *inter partes* reexamination of the '035 patent.

    b. "Final" means that all appeal rights have been exhausted by all involved parties.

4. To prevent re-litigation of the issue already decided by the Delaware District Court on Complete Genomics's motion to transfer, and to conserve the resources of the Parties and the Court, if a lawsuit is filed between the Plaintiffs and Complete Genomics regarding the '656 or '035 patent, the Parties hereby agree that it must be filed in California.

---

[1] Previously pending in the District of Delaware as Case No. 09-0706-RK (D. Del.).

5. To conserve the resources of the parties and the Court, if a lawsuit is filed between the Plaintiffs and Complete Genomics regarding the '656 or '035 patent, the Parties hereby agree to limit discovery to avoid duplication between that lawsuit and this litigation, specifically:

   a. The Parties agree that discovery taken in this litigation may be used in any future litigation between the Parties regarding the '656 or '035 patent;

   b. The Parties shall negotiate in good faith to limit discovery to avoid duplication of effort in any future litigation, and will submit all unresolved discovery disputes to a district judge or magistrate judge prior to propounding disputed discovery requests covering substantially the same subject matter as discovery requests served and responded to in this litigation;

   c. Absent an allegation by Plaintiffs that a different Complete Genomics product or process infringes the '656 or '035 patent, Plaintiffs may not seek further document discovery from Complete Genomics regarding technical issues for which Complete Genomics completed its document production in this litigation, except that Complete Genomics may be required to update its document production by producing representative documents sufficient to show any changes in its products or processes since it completed production of documents regarding such products or processes in this litigation and to show any technical feature or issue not at issue in this litigation; and

   d. Any deposition in such future litigation of any witness deposed in this litigation shall be limited to no more than 4 hours. This provision will not apply to Fed. R. Civ. P. 30(b)(6) depositions (the good-faith requirements of subparagraph (b) above will apply to Fed. R. Civ. P. 30(b)(6) depositions).

4

STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS REGARDING
U.S. PATENT NOS. 7,232,656 AND 7,598,035 AND DENYING           CASE NO. 3:10-CV-05542 EDL
DEFENDANT'S MOTION TO STAY AS MOOT

6. Complete Genomics's Motion to Stay (Docket No. 48) is hereby denied as moot.

May 4, 2011

*s/ Michael J. Malecek*
Michael J. Malecek (State Bar No. 171034)
Email: michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email: katherine.labarre@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 2-400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700


Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

*/s/ John R. Labbé*
Kevin M. Flowers (admitted *pro hac vice*)
Email: kflowers@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email: jlabbe@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __5th__ day of May, 2011.

Honorable Elizabeth D. Laporte
United States Magistrate Judge

5

STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS REGARDING
U.S. PATENT NOS. 7,232,656 AND 7,598,035 AND DENYING       CASE NO. 3:10-CV-05542 EDL
DEFENDANT'S MOTION TO STAY AS MOOT

**ATTESTATION CLAUSE**

I, John R. Labbé, hereby attest in accordance with General Order No. 45.X(B) that Michael J. Malecek, counsel for Defendant Complete Genomics, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS REGARDING U.S. PATENT NOS. 7,232,656 AND 7,598,035 AND DENYING DEFENDANT'S MOTION TO STAY AS MOOT.

Dated:  May 4, 2011                             By:   */s/ John R. Labbé*
                                                              John R. Labbé

6

STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS REGARDING
U.S. PATENT NOS. 7,232,656 AND 7,598,035 AND DENYING                              CASE NO. 3:10-CV-05542 EDL
DEFENDANT'S MOTION TO STAY AS MOOT