Kevin M. Flowers (admitted *pro hac vice*)
John R. Labbé (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: jlabbe@marshallip.com

Gina A. Bibby
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC. <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR CLAIM CONSTRUCTION DISCLOSURES AND BRIEFING** |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order setting a schedule for this case including deadlines for exchanging claim construction disclosures and briefing claim construction issues (Dkt. No. 76);

WHEREAS subject to the approval of the Court, the parties agree to extend the deadlines

for exchanging claim construction disclosures and briefing claim construction issues;

WHEREAS the parties' proposed changes to the claim construction deadlines would not affect the dates the Court has set for a claim construction tutorial and claim construction hearing;

WHEREAS there are have been no other time modifications to the Court's May 16, 2011 Case Management Scheduling Order (although the Court postponed the Initial Case Management Conference from March 18, 2011 to April 1, 2011 by stipulation (Dkt. No. 52), from April 1, 2011 to April 8, 2011 by stipulation (Dkt. No. 54), and from April 8, 2011 to May 3, 2011 due to the transfer of the case from Judge Breyer to Magistrate Judge Laporte (Dkt. No. 68));

WHEREAS the parties' agreed extensions to the claim construction deadlines will allow additional time for CGI to review numerous categories of documents that Illumina has produced or agreed to produce in advance of CGI's deposition of Dr. Stephen Macevicz, currently scheduled for August 11, 2011; and

WHEREAS the extension will further allow additional time for the parties to prepare their preliminary claim constructions in view of any additional document production and Dr. Macevicz's deposition testimony;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's May 16, 2011 Case Management Scheduling Order is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Last day for parties to exchange proposed claim terms for construction (Patent L.R. 4-1) | July 15, 2011 | no change |
| Last day for parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | August 5, 2011 | August 26, 2011 |
| Last day for parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | August 30, 2011 | September 20, 2011 |
| Last day to complete Claim Construction discovery (Patent L.R. 4-4) | September 29, 2011 | no change |

| Event | Current Date | Amended Date |
|---|---|---|
| Last day for Illumina to file Opening Claim Construction Brief (Patent L.R. 4-5) | October 14, 2011 | October 20, 2011 |
| Last day for CGI to file Responsive Claim Construction Brief (Patent L.R. 4-5) | October 28, 2011 | November 3, 2011 |
| Last day for Illumina to file Reply Claim Construction brief (Patent L.R. 4-5) | November 4, 2011 | November 10, 2011 |
| Claim construction prehearing conference and tutorial (attorneys to give tutorial presentations) | November 30, 2011 at 10:00 A.M. | no change |
| Claim construction hearing (Patent L.R. 4-6) | December 9, 2011 at 2:30 P.M. | no change |

s/ Terence P. Woodsome
Michael J. Malecek (State Bar No. 171034)
Email:  michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email:  katherine.labarre@kayescholer.com
Terence P. Woodsome (State Bar No. 240908)
Email: terence.woodsome@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

/s/ John R. Labbé
Kevin M. Flowers (admitted *pro hac vice*)
Email:  kflowers@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email:  jlabbe@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

Gina A. Bibby
Email:  gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, Gina A. Bibby hereby attests that Terence P. Woodsome has provided his concurrence with the electronic filing of this Stipulation and [Proposed] Order

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED, this ___3rd___ day of August, 2011.
3
4                                                    _____
                                                     Honorable Elizabeth D. Laporte
5                                                    United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28