Kevin M. Flowers (admitted *pro hac vice*)
John R. Labbé (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: jlabbe@marshallip.com

Gina A. Bibby
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC. <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING MEDIATION** |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order referring this case to mediation under the Court's ADR Local Rules (Dkt. No. 76);

WHEREAS under ADR Local Rule 6-4(b), the current deadline for conducting a mediation is August 15, 2011;

WHEREAS on May 24, 2011, the Court appointed Alexander L. Brainerd of JAMS as the mediator for this case (Dkt. No. 77);

WHEREAS due to the summer schedules and other business commitments of Mr. Brainerd, counsel, and client representatives with full settlement authority, the parties have been unable to schedule a date for a mediation by August 15, 2011; and

WHEREAS the parties and Mr. Brainerd have scheduled a mediation on September 23, 2011, subject to the Court's approval;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for conducting a mediation in this case is extended to September 23, 2011.

Dated: August 10, 2011

*/s/ Katherine LaBarre*
Michael J. Malecek (State Bar No. 171034)
Email: michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email: katherine.labarre@kayescholer.com
Terence P. Woodsome (State Bar No. 240908)
Email: terence.woodsome@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

*/s/ John R. Labbé*
Kevin M. Flowers (admitted *pro hac vice*)
Email: kflowers@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email: jlabbe@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, John R. Labbé hereby attests that Kathy LaBarre has provided her concurrence with the electronic filing of this Stipulation and [Proposed] Order.

1
2   PURSUANT TO STIPULATION, IT IS SO ORDERED, this __11th__ day of August, 2011.
3
4   _____
    Honorable Elizabeth D. Laporte
    United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(Seal: United States District Court, Northern District of California)