Kevin M. Flowers (admitted *pro hac vice*)
John R. Labbé (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: jlabbe@marshallip.com

Gina A. Bibby
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC. <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING** |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order in which the Court requested that the parties "provide an estimate of how many pages are needed to brief the dispute" in their Patent L.R. 4-3 Joint Claim Construction and Pre-Hearing Statement (Dkt. No. 76 ¶ 2(e));

1  WHEREAS on September 20, 2011, the parties filed their Joint Claim Construction and
2  Prehearing Statement in which they indicated that "Illumina estimates that twenty-five (25) pages
3  for its opening brief, and ten (10) pages for its reply, are needed for claim construction briefing,"
4  and "CGI estimates it needs thirty-five (35) pages for its responsive brief" (Dkt. No. 87 at 2);

5  WHEREAS Illumina has found that it may require up to thirty (30) pages in its opening
6  claim construction brief to fully address the ten disputed claim terms identified for construction in
7  the Joint Claim Construction and Prehearing Statement;

8  WHEREAS the parties agree that subject to the approval of the Court, Illumina's opening
9  claim construction brief should be limited to thirty (30) pages, CGI's responsive brief should be
10 limited to forty (40) pages, and Illumina's reply brief should be limited to ten (10) pages;

11 IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that
12 the page limits for claim construction briefs will be set as follows:

| **Brief** | **Page Limit** |
|---|---|
| Illumina's Opening Claim Construction Brief | 30 pages |
| CGI's Responsive Claim Construction Brief | 40 pages |
| Illumina's Reply Claim Construction Brief | 10 pages |

1  Dated: October 20, 2011

2  /s/ Katherine LaBarre                         /s/ John R. Labbé
   Michael J. Malecek (State Bar No. 171034)     Kevin M. Flowers (admitted *pro hac vice*)
3  Email: michael.malecek@kayescholer.com        Email: kflowers@marshallip.com
   Katherine LaBarre (State Bar No. 269726)      John R. Labbé (admitted *pro hac vice*)
4  Email: katherine.labarre@kayescholer.com      Email: jlabbe@marshallip.com
   KAYE SCHOLER LLP                              MARSHALL, GERSTEIN & BORUN LLP
5  Two Palo Alto Square, Suite 400               233 South Wacker Drive
   3000 El Camino Real                           6300 Willis Tower
6  Palo Alto, California 94306-2112              Chicago, Illinois 60606-6357
   Telephone: (650) 319-4500                     Telephone: (312) 474-6300
7  Facsimile: (650) 319-4700                     Facsimile: (312) 474-0448

8  Attorneys for Defendant and Counterclaimant   Gina A. Bibby
   COMPLETE GENOMICS, INC.                       Email: gbibby@foley.com
9                                                FOLEY & LARDNER LLP
                                                 975 Page Mill Road
10                                               Palo Alto, CA 94304
                                                 Telephone: (650) 856-3700
11                                               Facsimile: (650) 856-3710

12                                               Attorneys for Plaintiffs
                                                 ILLUMINA, INC. and SOLEXA, INC.
13

14                                               FILER'S ATTESTATION: Pursuant to General Order
                                                 No. 45, Section X.B, John R. Labbé hereby attests that
                                                 Katherine LaBarre has provided her concurrence with the
15                                               electronic filing of this Stipulation and [Proposed] Order.

16

17 PURSUANT TO STIPULATION, IT IS SO ORDERED, this _21st_ day of October, 2011.

18

19                                          _____
                                            Honorable Elizabeth D. Laporte
20                                          United States Magistrate Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING
CASE NO. 3:10-CV-05542 EDL