UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC and SOLEXA INC., | |
| Plaintiff, | No. C 10-5542 EDL |
| v. | ORDER SETTING FURTHER CLAIM CONSTRUCTION HEARING |
| COMPLETE GENOMICS, INC., | |
| Defendant. | |

A further hearing on claim construction is set for January 11, 2012, at 9:00 a.m. in Courtroom E. Each party will have no more than 2 hours to present argument, which the Court will hear term by term. Defendant will be given the opportunity to conclude its presentation on the extending and repeating terms, and Plaintiff may follow with rebuttal as to those terms.

Dated: December 21, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge