Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email address: katherine.labarre@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:     (650) 319-4500
Facsimile:      (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. <br> _____ | Case No.  3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS** |

  Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

  WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order setting a January 15, 2012 deadline for filing and serving amendments to the pleadings (Dkt. No. 76);

  WHEREAS the parties require more time to consider whether they should amend their respective pleadings; and

  WHEREAS subject to the approval of the Court, the parties have agreed to extend the deadline by two weeks to January 27, 2012;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to amend pleadings is extended to January 27, 2012.

Dated:  January 12, 2012

/s/ Katherine LaBarre
Michael J. Malecek (State Bar No. 171034)
Email:  michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email:  katherine.labarre@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, Katherine LaBarre hereby attests that Kevin Flowers has provided his concurrence with the electronic filing of this Stipulation and [Proposed] Order.

/s/ Kevin M. Flowers
Kevin M. Flowers (admitted *pro hac vice*)
Email:  kflowers@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email:  jlabbe@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

Gina A. Bibby
Email:  gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __13th__ day of January, 2012.

Honorable Elizabeth D. Laporte
United States Magistrate Judge