UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA, INC and SOLEXA INC.,

    Plaintiff,

v.

COMPLETE GENOMICS, INC.,

    Defendant.
_____/

No. C 10-5542 EDL

ORDER FOLLOWING
CLAIM CONSTRUCTION HEARING

Following the further hearing on claim construction held on January 11, 2012, the Court orders that Plaintiff shall file a brief response to the newly presented exhibits and legal authorities presented by Defendant at the hearing and in the Second LaBarre Declaration by no later than January 20, 2012.

The parties shall also meet and confer on the construction of the term "target polynucleotide," as instructed at the hearing, and report back to the Court by January 24, 2012.

**IT IS SO ORDERED.**

Dated: January 17, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge