Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Katherine LaBarre (State Bar No. 269726)
Email address: katherine.labarre@kayescholer.com
Marisa Armanino Williams (State Bar No. 264907)
Email address: marisa.armanino@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:    (650) 319-4500
Facsimile:     (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMPLETE GENOMICS, INC.,<br><br>　　　　Defendant.<br>_____ | Case No.  3:10-cv-05542 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED PLEADINGS** |

　　　　Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

　　　　WHEREAS, on August 3, 2010, Illumina filed its Complaint in the District of Delaware in the case styled *Illumina, Inc. and Solexa, Inc. v. Complete Genomics, Inc.*, Case No. 10-649-RK (D. Del.) ("Delaware Action");

　　　　WHEREAS, on September 23, 2010, CGI filed its Answer and Counterclaims;

　　　　WHEREAS, on October 18, 2010, Illumina filed its Answer to CGI's Counterclaims;

1  WHEREAS, on December 14, 2010, the Delaware Action was transferred to the Northern
2  District of California;
3  WHEREAS, January 27, 2012 is the last day on which the parties may amend their
4  pleadings;
5  WHEREAS, CGI wishes to amend its Counterclaims to assert additional facts supporting
6  its inequitable conduct claim;
7  WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), Illumina does not oppose
8  the filing of the Amended Answer and Counterclaims;

10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that CGI may file an Amended Answer and Counterclaims, a copy of which is attached hereto.

Dated: January 25, 2012

| | |
|---|---|
| /s/ Katherine LaBarre | /s/ John Labbé |
| Michael J. Malecek (State Bar No. 171034) | Kevin M. Flowers (admitted *pro hac vice*) |
| Email: michael.malecek@kayescholer.com | Email: kflowers@marshallip.com |
| Katherine LaBarre (State Bar No. 269726) | John R. Labbé (admitted *pro hac vice*) |
| Email: katherine.labarre@kayescholer.com | Email: jlabbe@marshallip.com |
| Marisa A. Williams (State Bar No. 264907) | MARSHALL, GERSTEIN & BORUN LLP |
| Email: marisa.armanino@kayescholer.com | 233 South Wacker Drive |
| KAYE SCHOLER LLP | 6300 Willis Tower |
| Two Palo Alto Square, Suite 400 | Chicago, Illinois 60606-6357 |
| 3000 El Camino Real | Telephone: (312) 474-6300 |
| Palo Alto, California 94306-2112 | Facsimile: (312) 474-0448 |
| Telephone: (650) 319-4500 | |
| Facsimile: (650) 319-4700 | Gina A. Bibby |
| | Email: gbibby@foley.com |
| Attorneys for Defendant and Counterclaimant | FOLEY & LARDNER LLP |
| COMPLETE GENOMICS, INC. | 975 Page Mill Road |
| | Palo Alto, CA 94304 |
| FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, Katherine LaBarre hereby attests that John Labbé has provided his concurrence with the electronic filing of this Stipulation and [Proposed] Order. | Telephone: (650) 856-3700 |
| | Facsimile: (650) 856-3710 |
| | Attorneys for Plaintiffs |
| | ILLUMINA, INC. and SOLEXA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __31st__ day of January, 2012.

Honorable Elizabeth D. Laporte
United States Magistrate Judge