UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA, INC and SOLEXA INC.,

    Plaintiff,

v.

COMPLETE GENOMICS, INC.,

    Defendant.
_____/

No. C 10-5542 EDL

ORDER

The Court having entered its claim construction order, the parties are instructed to file, by no later than February 24, 2012, a joint statement or stipulation regarding proposed motion deadlines, pretrial and trial dates and indicating whether a further case management conference is preferred. The Court will decide when to hold a further case management conference, if so requested.

**IT IS SO ORDERED.**

Dated: February 8, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge