```
 1   Kevin M. Flowers (admitted pro hac vice)
     John R. Labbé (admitted pro hac vice)
 2   MARSHALL, GERSTEIN & BORUN LLP
     233 South Wacker Drive
 3   6300 Willis Tower
     Chicago, Illinois 60606-6357
 4   (312) 474-6300 (telephone)
     (312) 474-0448 (facsimile)
 5   E-Mail: kflowers@marshallip.com
     E-Mail: jlabbe@marshallip.com
 6
 7   Gina A. Bibby
     FOLEY & LARDNER LLP
 8   975 Page Mill Road
     Palo Alto, CA 94304
 9   (650) 856-3700 (telephone)
     (650) 856-3710 (facsimile)
10   E-Mail: gbibby@foley.com
11
     Attorneys for Plaintiffs
12   ILLUMINA, INC. and SOLEXA, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE AND SET MOTION DEADLINES AND PRETRIAL AND TRIAL DATES** AS MODIFIED |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS the Court issued an Order on February 8, 2012 (Dkt. No. 123) requesting that the parties file a stipulation regarding proposed motion deadlines, pretrial and trial dates;

---

WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order (Dkt. No. 76) setting a schedule for this case through and including the claim construction hearing and indicating that following claim construction, the Court would "set dates for the rest of the case";

WHEREAS on May 3, 2011, the Court entered a Civil Minute Order (Dkt. No. 74) setting the close of fact discovery on March 15, 2012;

WHEREAS no trial date or pretrial conference date has been set by the Court;

WHEREAS the parties have been focused on claim construction, and the parties agree that more time is required to complete discovery;

WHEREAS the parties' proposed extension will allow the parties sufficient time to review documents and prepare for depositions;

WHEREAS the parties' proposed changes to the discovery deadlines would not affect deadlines for filing documents with the Court;

WHEREAS there has been one modification to the Court's May 16, 2011 Case Management Scheduling Order to extend the deadline for claim construction disclosures and briefing (Dkt. No. 80) (the Court also postponed the Initial Case Management Conference from March 18, 2011 to April 1, 2011 by stipulation (Dkt. No. 52), from April 1, 2011 to April 8, 2011 by stipulation (Dkt. No. 54), and from April 8, 2011 to May 3, 2011 due to the transfer of the case from Judge Breyer to Magistrate Judge Laporte (Dkt. No. 68); postponed the deadline for conducting mediation from August 15, 2011 to September 23, 2011 by stipulation (Dkt. No. 83); and extended the deadline to amend pleadings from January 15, 2012 to January 27, 2012 by stipulation (Dkt. No. 112));

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE
AND SET MOTION DEADLINES AND PRETRIAL AND TRIAL DATES          Case No. 3:10-cv-05542 EDL

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's May 16, 2011 Case Management Scheduling Order (Dkt. No. 76) and May 3, 2011 Civil Minute Order (Dkt. No. 74) are amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Substantial completion of document production | n/a | March 29, 2012 |
| Close of fact discovery | March 15, 2012 | June 22, 2012 |
| Advice of counsel due (Patent L.R. 3-7) | n/a | March 29, 2012 |
| Designate experts/Exchange expert reports on issues on which a party bears the burden | n/a | August 6, 2012 |
| Designate rebuttal experts/Exchange rebuttal expert reports | n/a | September 20, 2012 |
| Exchange reply expert reports | n/a | October 22, 2012 |
| Complete expert discovery | n/a | November 21, 2012 |
| Last date to file dispositive motions | n/a | January 14, 2013 |
| Pretrial conference | n/a | ~~April 15, 2013~~ April 16, 2013 at 2:00 p.m. |
| Trial | n/a | May 13, 2013 at 8:30 a.m. |

Dated: February 24, 2012

| | |
|---|---|
| /s/ John R. Labbé | /s/ Katherine LaBarre |
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email: kflowers@marshallip.com | Email: michael.malecek@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Katherine LaBarre (State Bar No. 269726) |
| Email: jlabbe@marshallip.com | Email: katherine.labarre@kayescholer.com |
| MARSHALL, GERSTEIN & BORUN LLP | Marisa Williams (State Bar No. 264907) |
| 233 South Wacker Drive | Email: marisa.armanino@kayescholer.com |
| 6300 Willis Tower | KAYE SCHOLER LLP |
| Chicago, Illinois 60606-6357 | Two Palo Alto Square, Suite 400 |
| Telephone: (312) 474-6300 | 3000 El Camino Real |
| Facsimile: (312) 474-0448 | Palo Alto, California 94306-2112 |
| | Telephone: (650) 319-4500 |
| Gina A. Bibby | Facsimile: (650) 319-4700 |
| Email: gbibby@foley.com | |
| FOLEY & LARDNER LLP | Attorneys for Defendant and Counterclaimant |
| 975 Page Mill Road | COMPLETE GENOMICS, INC. |
| Palo Alto, CA 94304 | |
| Telephone: (650) 856-3700 | |
| Facsimile: (650) 856-3710 | |

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, John R. Labbé hereby attests that Katherine LaBarre has provided her concurrence with the electronic filing of this Stipulation and [Proposed] Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __27th__ day of February, 2012.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE
AND SET MOTION DEADLINES AND PRETRIAL AND TRIAL DATES      Case No. 3:10-cv-05542 EDL