Kevin M. Flowers (admitted *pro hac vice*)
John R. Labbé (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: jlabbe@marshallip.com

Gina A. Bibby
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700 (telephone)
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br> **ORDER ON** <br> **STIPULATION TO CONTINUE** <br> **HEARING DATE FOR DEFENDANT'S** <br> **MOTION TO COMPEL DOCUMENT** <br> **DISCOVERY (DKT. NO. 127)** <br><br> Previously Scheduled Date: April 24, 2012 <br> Stipulated Continued Date: May 1, 2012 <br> Time: 9:00 a.m. <br> Judge: Honorable Elizabeth D. Laporte <br> Place: Courtroom E, 15th Floor |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation pursuant to Civil Local Rules 6-1(a) and 7-7(b)(1):

WHEREAS CGI filed its Motion to Compel Document Discovery on March 19, 2012 (Docket No. 127);

WHEREAS since the filing of CGI's Motion to Compel, the parties have continued to negotiate in an effort to reach a resolution of the dispute raised in the Motion to Compel;

WHEREAS Illumina has now agreed to produce documents from the files of Christian Henry and the parties have tentatively agreed on a list of search terms to be used for searching Mr. Henry's files, but the parties have not yet reached a final agreement on the exact list of search terms to be used; and

WHEREAS the parties reasonably expect that within the next week they will reach a final agreement on the list of search terms to be used to search Mr. Henry's documents thereby resolving the dispute raised in CGI's Motion to Compel;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rules 6-1(a) and 7-7(b)(1), that the hearing for Defendant's Motion to Compel Document Discovery (Docket No. 127) is continued to May 1, 2012 at 9:00 a.m.



IT IS SO ORDERED
Judge Elizabeth D. Laporte

1

STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT'S
MOTION TO COMPEL DOCUMENT DISCOVERY                    Case No. 3:10-cv-05542 EDL

1  Dated: April 20, 2012

2

3  */s/ John R. Labbé*                                              */s/ Marisa Armanino Williams*
   Kevin M. Flowers (admitted *pro hac vice*)      Michael J. Malecek (State Bar No. 171034)
4  Email: kflowers@marshallip.com                     Email: michael.malecek@kayescholer.com
   John R. Labbé (admitted *pro hac vice*)            Katherine LaBarre (State Bar No. 269726)
5  Email: jlabbe@marshallip.com                        Email: katherine.labarre@kayescholer.com
   MARSHALL, GERSTEIN & BORUN LLP         Marisa Williams (State Bar No. 264907)
6  233 South Wacker Drive                                  Email: marisa.armanino@kayescholer.com
   6300 Willis Tower                                              KAYE SCHOLER LLP
7  Chicago, Illinois 60606-6357                             Two Palo Alto Square, Suite 400
   Telephone: (312) 474-6300                              3000 El Camino Real
8  Facsimile: (312) 474-0448                                Palo Alto, California 94306-2112
                                                                             Telephone: (650) 319-4500
9                                                                          Facsimile: (650) 319-4700
   Gina A. Bibby
10 Email: gbibby@foley.com
   FOLEY & LARDNER LLP                              Attorneys for Defendant and Counterclaimant
11 975 Page Mill Road                                        COMPLETE GENOMICS, INC.
   Palo Alto, CA 94304
12 Telephone: (650) 856-3700
   Facsimile: (650) 856-3710
13

14 Attorneys for Plaintiffs
   ILLUMINA, INC. and SOLEXA, INC.
15

16 FILER'S ATTESTATION: Pursuant to General Order
   No. 45, Section X.B, John R. Labbé hereby attests that
17 Marisa Williams has provided her concurrence with the
   electronic filing of this Stipulation.

18

19

20

21

22

23

24

25

26

27

28
                                                  2
   STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT'S
   MOTION TO COMPEL DOCUMENT DISCOVERY                           Case No. 3:10-cv-05542 EDL