| | |
|---|---|
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| John R. Labbé (admitted *pro hac vice*) | Email: michael.malecek@kayescholer.com |
| MARSHALL, GERSTEIN & BORUN LLP | Sean Boyle (State Bar No. 238128) |
| 233 South Wacker Drive | Email address: sean.boyle@kayescholer.com |
| 6300 Willis Tower | Katherine LaBarre (State Bar No. 269726) |
| Chicago, Illinois 60606-6357 | Email: katherine.labarre@kayescholer.com |
| (312) 474-6300 (telephone) | Marisa Williams (State Bar No. 264907) |
| (312) 474-0448 (facsimile) | Email: marisa.armanino@kayescholer.com |
| E-Mail: kflowers@marshallip.com | KAYE SCHOLER LLP |
| E-Mail: jlabbe@marshallip.com | Two Palo Alto Square, Suite 400 |
| | 3000 El Camino Real |
| Gina A. Bibby | Palo Alto, California  94306-2112 |
| FOLEY & LARDNER LLP | Telephone:     (650) 319-4500 |
| 975 Page Mill Road | Facsimile:     (650) 319-4700 |
| Palo Alto, CA 94304 | |
| (650) 856-3700 (telephone) | Attorneys for Defendant and Counterclaimant |
| (650) 856-3710 (facsimile) | COMPLETE GENOMICS, INC. |
| E-Mail: gbibby@foley.com | |

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ILLUMINA, INC., and SOLEXA, INC., | ) ) ) | Case No.  3:10-cv-05542 EDL |
| Plaintiffs, | ) ) | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO VACATE HEARING DATE FOR DEFENDANT'S MOTION TO COMPEL DOCUMENT DISCOVERY (DKT. NO. 127)** |
| v. | ) ) ) | |
| COMPLETE GENOMICS, INC., | ) ) | |
| Defendant. | ) ) ) | Currently Scheduled Date:    May 1, 2012<br>Time:        2:00 p.m.<br>Judge:       Honorable Elizabeth D. Laporte<br>Place:       Courtroom E, 15th Floor |

1   Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant
Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that
the Court enter an Order as follows:

WHEREAS CGI filed its Motion to Compel Document Discovery on March 19, 2012 (Docket No. 127);

WHEREAS Illumina has now agreed to produce documents from the files of Christian Henry and agreed on a list of search terms to be used for searching Mr. Henry's files;

WHEREAS the parties previously stipulated to continue the hearing on Defendant's Motion to Compel from April 24, 2012 to May 1, 2012;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the hearing for Defendant's Motion to Compel Document Discovery (Docket No. 127) is vacated.

Dated:  April 30, 2012

| | |
|---|---|
| /s/ John R. Labbe | /s/ Marisa Armanino Williams |
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email: kflowers@marshallip.com | Email:  michael.malecek@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Sean Boyle (State Bar No. 238128) |
| Email: jlabbe@marshallip.com | Email address: sean.boyle@kayescholer.com |
| MARSHALL, GERSTEIN & BORUN LLP | Katherine LaBarre (State Bar No. 269726) |
| 233 South Wacker Drive | Email:  katherine.labarre@kayescholer.com |
| 6300 Willis Tower | Marisa Williams (State Bar No. 264907) |
| Chicago, Illinois 60606-6357 | Email: marisa.armanino@kayescholer.com |
| Telephone:  (312) 474-6300 | KAYE SCHOLER LLP |
| Facsimile:  (312) 474-0448 | Two Palo Alto Square, Suite 400 |
| | 3000 El Camino Real |
| Gina A. Bibby | Palo Alto, California  94306-2112 |
| Email: gbibby@foley.com | Telephone:  (650) 319-4500 |
| FOLEY & LARDNER LLP | Facsimile:  (650) 319-4700 |
| 975 Page Mill Road | |
| Palo Alto, CA 94304 | Attorneys for Defendant and Counterclaimant |
| Telephone:  (650) 856-3700 | COMPLETE GENOMICS, INC. |
| Facsimile:  (650) 856-3710 | |

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, Marisa Williams hereby attests that John R. Labbé has provided his concurrence with the electronic filing of this Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this   30    day of April, 2012.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

2

STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE
FOR DEFENDANT'S MOTION TO COMPEL DOCUMENT DISCOVERY          Case No. 3:10-cv-05542 EDL