1   Kevin M. Flowers (admitted *pro hac vice*)
    John R. Labbé (admitted *pro hac vice*)
2   MARSHALL, GERSTEIN & BORUN LLP
    233 South Wacker Drive
3   6300 Willis Tower
    Chicago, Illinois 60606-6357
4   (312) 474-6300 (telephone)
    (312) 474-0448 (facsimile)
5   E-Mail: kflowers@marshallip.com
    E-Mail: jlabbe@marshallip.com
6
7
    Gina A. Bibby
8   FOLEY & LARDNER LLP
    975 Page Mill Road
9   Palo Alto, CA 94304
    (650) 856-3700 (telephone)
10  (650) 856-3710 (facsimile)
    E-Mail: gbibby@foley.com
11
12  Attorneys for Plaintiffs
    ILLUMINA, INC. and SOLEXA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC., | Case No. 3:10-cv-05542 EDL |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE AND RESET MOTION DEADLINES AND PRETRIAL AND TRIAL DATES** |
| v. | |
| COMPLETE GENOMICS, INC., | |
| Defendant. | |

1   Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant
2   Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that
3   the Court enter an Order as follows:
4   WHEREAS on February 29, 2012, the Court issued a Stipulated Order to Extend Discovery
5   Schedule and Set Motion Deadlines and Pretrial and Trial Dates (Dkt. No. 126);
6   WHEREAS the Court's February 29, 2012 scheduling order set the close of fact discovery
7   on June 22, 2012, the last date to file dispositive motions on January 14, 2013, the pretrial
8   conference on April 16, 2013, and trial beginning on May 13, 2013;
9   WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order
10  (Dkt. No. 76) setting a schedule for this case through and including the claim construction hearing
11  and indicating that following claim construction, the Court would "set dates for the rest of the
12  case";
13  WHEREAS on May 3, 2011, the Court entered a Civil Minute Order (Dkt. No. 74) setting
14  the close of fact discovery on March 15, 2012 (which was extended to June 22, 2012 by the Court's
15  February 29, 2012 Order);
16  WHEREAS since the entry of the Court's February 29, 2012 scheduling order, the parties
17  have been focused on completing their document productions according to an agreed-upon
18  protocol;
19  WHEREAS the parties require additional time to fully complete their document
20  productions, review documents received, prepare for depositions, and take depositions;
21  WHEREAS there has been a modification to the Court's May 16, 2011 Case Management
22  Scheduling Order to extend the deadline for claim construction disclosures and briefing (Dkt. No.
23  80) (the Court also postponed the Initial Case Management Conference from March 18, 2011 to
24  April 1, 2011 by stipulation (Dkt. No. 52), from April 1, 2011 to April 8, 2011 by stipulation (Dkt.
25  No. 54), and from April 8, 2011 to May 3, 2011 due to the transfer of the case from Judge Breyer
26  to Magistrate Judge Laporte (Dkt. No. 68); postponed the deadline for conducting mediation from
27  August 15, 2011 to September 23, 2011 by stipulation (Dkt. No. 83); and extended the deadline to
28

amend pleadings from January 15, 2012 to January 27, 2012 by stipulation (Dkt. No. 112));

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's February 29, 2012 Stipulated Order to Extend Discovery Schedule and Set Motion Deadlines and Pretrial and Trial Dates (Dkt. No. 126) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Parties to complete document production | n/a | June 30, 2012 |
| Parties to exchange privilege logs | n/a | June 30, 2012 |
| Close of fact discovery | June 22, 2012 | September 14, 2012 |
| Designate experts/Exchange expert reports on issues on which a party bears the burden | August 6, 2012 | October 26, 2012 |
| Designate rebuttal experts/Exchange rebuttal expert reports | September 20, 2012 | December 7, 2012 |
| Exchange reply expert reports | October 22, 2012 | January 9, 2013 |
| Complete expert discovery | November 21, 2012 | February 15, 2013 |
| Last date to file dispositive motions | January 14, 2013 | March 29, 2013 |
| Pretrial conference | April 16, 2013 at 2:00 p.m. | July 30 ~~June 25~~, 2013 at 2:00 p.m. |
| Trial | May 13, 2013 at 8:30 a.m. | August 19 ~~July 22~~, 2013 at 8:30 a.m. |

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE
AND RESET MOTION DEADLINES AND PRETRIAL AND TRIAL DATES     Case No. 3:10-cv-05542 EDL

Dated: May 25, 2012

| | |
|---|---|
| /s/ John R. Labbé | /s/ Marisa Armanino Williams |
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email: kflowers@marshallip.com | Email: michael.malecek@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Katherine LaBarre (State Bar No. 269726) |
| Email: jlabbe@marshallip.com | Email: katherine.labarre@kayescholer.com |
| MARSHALL, GERSTEIN & BORUN LLP | Marisa Williams (State Bar No. 264907) |
| 233 South Wacker Drive | Email: marisa.armanino@kayescholer.com |
| 6300 Willis Tower | KAYE SCHOLER LLP |
| Chicago, Illinois 60606-6357 | Two Palo Alto Square, Suite 400 |
| Telephone: (312) 474-6300 | 3000 El Camino Real |
| Facsimile: (312) 474-0448 | Palo Alto, California 94306-2112 |
| | Telephone: (650) 319-4500 |
| Gina A. Bibby | Facsimile: (650) 319-4700 |
| Email: gbibby@foley.com | |
| FOLEY & LARDNER LLP | Attorneys for Defendant and Counterclaimant |
| 975 Page Mill Road | COMPLETE GENOMICS, INC. |
| Palo Alto, CA 94304 | |
| Telephone: (650) 856-3700 | |
| Facsimile: (650) 856-3710 | |

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, John R. Labbé hereby attests that Marisa Armanino Williams has provided her concurrence with the electronic filing of this Stipulation and [Proposed] Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __30th__ day of May, 2012.

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte
United States Magistrate Judge

---

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY SCHEDULE
AND RESET MOTION DEADLINES AND PRETRIAL AND TRIAL DATES    Case No. 3:10-cv-05542 EDL