KEVIN M. FLOWERS (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: jlabbe@marshallip.com

GINA A. BIBBY
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700 (telephone)
(650) 856-3710 (facsimile)
E-Mail: gbibby@foley.com

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILLUMINA, INC. and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC. <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND RESET HEARING FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY   AS MODIFIED** <br><br> Date:           July 10, 2012 <br> [Proposed Date: July 17, 2012] <br> Time:          9:00 A.M. <br> Place:         Courtroom E, 15th Floor |

STIP. AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND RESET HEARING FOR DEFENDANT'S MSJ
CASE NO: 3:10-CV-05542 EDL

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS on May 31, 2012, Defendant CGI filed its Notice of Motion and Motion for Summary Judgment of Invalidity, and CGI scheduled the hearing on its Motion for July 10, 2012 at 9:00 a.m. (Dkt. No. 142);

WHEREAS the parties agree that additional time is warranted to complete the briefing for CGI's Motion for Summary Judgment due to the number of issues raised in the Motion;

WHEREAS CGI relies on an expert declaration of Dr. Michael Metzker in support of its Motion for Summary Judgment;

WHEREAS Illumina has requested to depose Dr. Metzker before filing its opposition to CGI's Motion for Summary Judgment, and Dr. Metzker is not available for deposition until June 21, 2012, a week after Illumina's opposition would otherwise be due;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the briefing schedule and hearing for CGI's Motion for Summary Judgment (Dkt. No. 142) shall be as follows:

| | |
|---|---|
| Illumina's opposition due | June 29, 2012 |
| CGI's reply due | July 10, 2012 |
| Hearing | July 17, 2012, 9:00 a.m. |

| | | |
|---|---|---|
| 1 | Dated: June 13, 2012 | |
| 2 | /s/ John R. Labbé | /s/ Marisa Armanino Williams |
| 3 | Kevin M. Flowers (admitted *pro hac vice*)<br>Email: kflowers@marshallip.com | Michael J. Malecek (State Bar No. 171034)<br>Email: michael.malecek@kayescholer.com |
| 4 | John R. Labbé (admitted *pro hac vice*)<br>Email: jlabbe@marshallip.com | Katherine LaBarre (State Bar No. 269726)<br>Email: katherine.labarre@kayescholer.com |
| 5 | MARSHALL, GERSTEIN & BORUN LLP | Marisa Williams (State Bar No. 264907) |
| 6 | 233 South Wacker Drive<br>6300 Willis Tower | Email: marisa.armanino@kayescholer.com<br>KAYE SCHOLER LLP |
| 7 | Chicago, Illinois 60606-6357 | Two Palo Alto Square, Suite 400 |
| 8 | Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 | 3000 El Camino Real<br>Palo Alto, California 94306-2112 |
|  |  | Telephone: (650) 319-4500 |
| 9 | Gina A. Bibby | Facsimile: (650) 319-4700 |
| 10 | Email: gbibby@foley.com<br>FOLEY & LARDNER LLP | Attorneys for Defendant and Counterclaimant |
| 11 | 975 Page Mill Road<br>Palo Alto, CA 94304 | COMPLETE GENOMICS, INC. |
| 12 | Telephone: (650) 856-3700<br>Facsimile: (650) 856-3710 | |
| 14 | Attorneys for Plaintiffs<br>ILLUMINA, INC. and SOLEXA, INC. | |
| 16 | FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, John R. Labbé hereby attests that Marisa Armanino Williams has provided her concurrence with the electronic filing of this Stipulation and [Proposed] Order. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __14th__ day of June, 2012. The hearing on Defendant's Motion for Summary Judgment shall be July 31, 2012, at 9:00 a.m.

Honorable Elizabeth D. Laporte
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND RESET HEARING FOR DEFENDANT'S MSJ
CASE NO: 3:10-CV-05542 EDL

3