| | |
|---|---|
| Kevin M. Flowers (admitted *pro hac vice*)<br>Email: kflowers@marshallip.com<br>John R. Labbé (admitted *pro hac vice*)<br>Email: jlabbe@marshallip.com<br>Mark H. Izraelewicz (admitted *pro hac vice*)<br>Email: mizraelewicz@marshallip.com<br>Cullen N. Pendleton (admitted *pro hac vice*)<br>Email: cpendleton@marshallip.com<br>Amanda K. Antons (admitted *pro hac vice*)<br>Email: aantons@marshallip.com<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 | Michael J. Malecek (State Bar No. 171034)<br>Email: michael.malecek@kayescholer.com<br>Sean Boyle (State Bar No. 238128)<br>Email: sean.boyle@kayescholer.com<br>Marisa Williams (State Bar No. 264907)<br>Email: marisa.armanino@kayescholer.com<br>KAYE SCHOLER LLP<br>Two Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Attorneys for Defendant and Counterclaimant<br>COMPLETE GENOMICS, INC. |

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ILLUMINA, INC., and<br>SOLEXA, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COMPLETE GENOMICS, INC.,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:10-cv-05542 EDL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND DISCOVERY**<br>**SCHEDULE AND RESET MOTION**<br>**DEADLINES** |

1     Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

    WHEREAS on May 30, 2012, the Court issued a Stipulated Order to Extend Discovery Schedule and Set Motion Deadlines and Pretrial and Trial Dates (Dkt. No. 141);

    WHEREAS the Court's May 30, 2012 scheduling order set the close of fact discovery on September 14, 2012, the last date to file dispositive motions on March 29, 2013, the pretrial conference on July 30, 2013, and trial beginning on August 19, 2013;

    WHEREAS on May 16, 2011, the Court entered a Case Management Scheduling Order (Dkt. No. 76) setting a schedule for this case through and including the claim construction hearing and indicating that following claim construction, the Court would "set dates for the rest of the case";

    WHEREAS on May 3, 2011, the Court entered a Civil Minute Order (Dkt. No. 74) setting the close of fact discovery on March 15, 2012;

    WHEREAS on February 29, 2012, the Court issued a Stipulated Order to Extend Discovery Schedule and Set Motion Deadlines and Pretrial and Trial Dates (Dkt. No. 126) setting the close of fact discovery on June 22, 2012 (which was extended to September 14, 2012 by the Court's May 30, 2012 Order);

    WHEREAS since the entry of the Court's May 30, 2012 scheduling order, the parties have been focused on completing their document productions according to an agreed-upon protocol;

    WHEREAS the parties require additional time to prepare for and take depositions and complete expert discovery;

    WHEREAS there has been a modification to the Court's May 16, 2011 Case Management Scheduling Order to extend the deadline for claim construction disclosures and briefing (Dkt. No. 80) (the Court also postponed the Initial Case Management Conference from March 18, 2011 to April 1, 2011 by stipulation (Dkt. No. 52), from April 1, 2011 to April 8, 2011 by stipulation (Dkt. No. 54), and from April 8, 2011 to May 3, 2011 due to the transfer of the case from Judge Breyer

to Magistrate Judge Laporte (Dkt. No. 68); postponed the deadline for conducting mediation from August 15, 2011 to September 23, 2011 by stipulation (Dkt. No. 83); and extended the deadline to amend pleadings from January 15, 2012 to January 27, 2012 by stipulation (Dkt. No. 112));

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's May 30, 2012 Stipulated Order to Extend Discovery Schedule and Reset Motion Deadlines and Pretrial and Trial Dates (Dkt. No. 141) is amended as follows:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Close of fact discovery | September 14, 2012 | September 28, 2012 |
| Designate experts/Exchange expert reports on issues on which a party bears the burden | October 26, 2012 | November 15, 2012 |
| Designate rebuttal experts/Exchange rebuttal expert reports | December 7, 2012 | January 4, 2013 |
| Exchange reply expert reports | January 9, 2013 | February 1, 2013 |
| Complete expert discovery | February 15, 2013 | March 8, 2013 |
| Last date to file dispositive motions | March 29, 2013 | April 5, 2013 |
| Pretrial conference | July 30, 2013, 2:00 P.M. | No change |
| Jury selection | August 19, 2013, 8:30 A.M. | No change |
| Trial | August 19-30, 2013, 8:30 A.M. | No change |

Dated:  August 23, 2012

| | |
|---|---|
| /s/  John R. Labbé | /s/  Marisa Armanino Williams |
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email:  kflowers@marshallip.com | Email:  michael.malecek@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Sean Boyle (State Bar No. 238128) |
| Email:  jlabbe@marshallip.com | Email:  sean.boyle@kayescholer.com |
| Mark H. Izraelewicz (admitted *pro hac vice*) | Marisa Williams (State Bar No. 264907) |
| Email:  mizraelewicz@marshallip.com | Email:  marisa.armanino@kayescholer.com |
| Cullen N. Pendleton (admitted *pro hac vice*) | KAYE SCHOLER LLP |
| Email:  cpendleton@marshallip.com | Two Palo Alto Square, Suite 400 |
| Amanda K. Antons (admitted *pro hac vice*) | 3000 El Camino Real |
| Email:  aantons@marshallip.com | Palo Alto, California  94306-2112 |
| MARSHALL, GERSTEIN & BORUN LLP | Telephone:  (650) 319-4500 |
| 233 South Wacker Drive | Facsimile:  (650) 319-4700 |
| 6300 Willis Tower | |
| Chicago, Illinois 60606-6357 | Attorneys for Defendant and Counterclaimant |
| Telephone:  (312) 474-6300 | COMPLETE GENOMICS, INC. |
| Facsimile:  (312) 474-0448 | |

Gina A. Bibby
Email:  gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, Marisa Armanino Williams hereby attests that John R. Labbé has provided his concurrence with the electronic filing of this Stipulation and [Proposed] Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __23rd__ day of August, 2012.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge