Kevin M. Flowers (admitted *pro hac vice*)
Email: kflowers@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email: jlabbe@marshallip.com
Mark H. Izraelewicz (admitted *pro hac vice*)
Email: mizraelewicz@marshallip.com
Cullen N. Pendleton (admitted *pro hac vice*)
Email: cpendleton@marshallip.com
Amanda K. Antons (admitted *pro hac vice*)
Email: aantons@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Michael J. Malecek (State Bar No. 171034)
Email: michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email: sean.boyle@kayescholer.com
Marisa Williams (State Bar No. 264907)
Email: marisa.armanino@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:10-cv-05542 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE SCHEDULING ORDER** |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS on September 14, 2012, the Court issued an Order extending discovery and motion deadlines to allow the parties to avoid unnecessary discovery while CGI's Motion for Summary Judgment of Invalidity was pending (Dkt. No. 196);

WHEREAS the Court's September 14, 2012 scheduling order set the close of fact discovery on November 9, 2012, the close of expert discovery on March 22, 2013, and the last date to file dispositive motions on April 16, 2013;

WHEREAS on October 16, 2012, the Court granted CGI's Motion for Partial Summary Judgment of Invalidity of Claims 1, 9, 10, and 14-19 of the '597 Patent (Dkt. No. 197);

WHEREAS since the entry of the Court's October 16, 2012 summary judgment order, the parties have been focused on discussing their procedural options for the remaining claims in the litigation;

WHEREAS the parties have agreed to cancel all scheduled depositions while the parties discuss their procedural options for the remaining claims in the litigation;

WHEREAS there has been a modification to the Court's May 16, 2011 Case Management Scheduling Order to extend the deadline for claim construction disclosures and briefing (Dkt. No. 80) (the Court also postponed the Initial Case Management Conference from March 18, 2011 to April 1, 2011 by stipulation (Dkt. No. 52), from April 1, 2011 to April 8, 2011 by stipulation (Dkt. No. 54), and from April 8, 2011 to May 3, 2011 due to the transfer of the case from Judge Breyer to Magistrate Judge Laporte (Dkt. No. 68); postponed the deadline for conducting mediation from August 15, 2011 to September 23, 2011 by stipulation (Dkt. No. 83); and extended the deadline to amend pleadings from January 15, 2012 to January 27, 2012 by stipulation (Dkt. No. 112)); on February 29, 2012, the Court entered a stipulated Order setting fact discovery close on June 22, 2012, expert discovery close on November 21, 2012, deadline for dispositive motions on January 14, 2013, and trial on May 13, 2013 (Dkt. No. 126); on May 30, 2012, the Court entered a

1

stipulated Order resetting the fact discovery, expert discovery, dispositive motion, and trial deadlines to September 14, 2012, February 15, 2013, March 29, 2013, and August 19, 2013, respectively (Dkt. No. 141); on June 18, 2012, the Court entered a stipulated Order resetting the hearing for CGI's Motion for Summary Judgment of Invalidity from July 10, 2012 to July 31, 2012 (Dkt. No. 149) and on June 28, 2012, the Court granted Illumina's Motion to Extend Briefing Schedule and reset the hearing for CGI's Motion for Summary Judgment on September 4, 2012 (Dkt. No. 162); on August 23, 2012, the Court entered a stipulated Order resetting fact discovery close on September 28, 2012, expert discovery close on March 8, 2013, and dispositive motions deadlines on March 29, 2013 (Dkt. No. 187); and on September 14, 2012, the Court issued an Order setting the close of fact discovery on November 9, 2012, close of expert discovery on March 22, 2013, and the dispositive motions deadline on April 16, 2013 (Dkt. No. 196).

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's September 14, 2012 scheduling Order is vacated. The parties will meet and confer to discuss their procedural options for the remaining claims in the litigation. No later than November 5, 2012, the parties will submit a joint status report to the Court.

Dated:  October 29, 2012

| | |
|---|---|
| _____/s/ John Labbé_____ | _____/s/ Marisa Williams_____ |
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email:  kflowers@marshallip.com | Email:  michael.malecek@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Sean Boyle (State Bar No. 238128) |
| Email:  jlabbe@marshallip.com | Email:  sean.boyle@kayescholer.com |
| Mark H. Izraelewicz (admitted *pro hac vice*) | Marisa Williams (State Bar No. 264907) |
| Email:  mizraelewicz@marshallip.com | Email: marisa.armanino@kayescholer.com |
| Cullen N. Pendleton (admitted *pro hac vice*) | KAYE SCHOLER LLP |
| Email:  cpendleton@marshallip.com | Two Palo Alto Square, Suite 400 |
| Amanda K. Antons (admitted *pro hac vice*) | 3000 El Camino Real |
| Email:  aantons@marshallip.com | Palo Alto, California  94306-2112 |
| MARSHALL, GERSTEIN & BORUN LLP | Telephone:  (650) 319-4500 |
| 233 South Wacker Drive | Facsimile:  (650) 319-4700 |
| 6300 Willis Tower | |
| Chicago, Illinois 60606-6357 | Attorneys for Defendant and Counterclaimant |
| Telephone:  (312) 474-6300 | COMPLETE GENOMICS, INC. |
| Facsimile:  (312) 474-0448 | |

Gina A. Bibby
Email:  gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, Marisa Armanino Williams hereby attests that John R. Labbé has provided his concurrence with the electronic filing of this Stipulation and [Proposed] Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __30th__ day of October, 2012.

*[signature: Elizabeth D. Laporte]*

Honorable Elizabeth D. Laporte
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO VACATE SCHEDULING ORDER                           Case No. 3:10-cv-05542 EDL