| | |
|---|---|
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email: kflowers@marshallip.com | Email: michael.malecek@kayescholer.com |
| Mark H. Izraelewicz (admitted *pro hac vice*) | Sean Boyle (State Bar No. 238128) |
| Email: mizraelewicz@marshallip.com | Email: sean.boyle@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Marisa Williams (State Bar No. 264907) |
| Email: jlabbe@marshallip.com | Email: marisa.armanino@kayescholer.com |
| Cullen N. Pendleton (admitted *pro hac vice*) | KAYE SCHOLER LLP |
| Email: cpendleton@marshallip.com | Two Palo Alto Square, Suite 400 |
| Amanda K. Antons (admitted *pro hac vice*) | 3000 El Camino Real |
| Email: aantons@marshallip.com | Palo Alto, California 94306-2112 |
| MARSHALL, GERSTEIN & BORUN LLP | Telephone: (650) 319-4500 |
| 233 South Wacker Drive | Facsimile: (650) 319-4700 |
| 6300 Willis Tower | |
| Chicago, Illinois 60606-6357 | Attorneys for Defendant and Counterclaimant |
| Telephone: (312) 474-6300 | COMPLETE GENOMICS, INC. |
| Facsimile: (312) 474-0448 | |

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ILLUMINA, INC., and SOLEXA, INC., | ) ) ) | Case No. 3:10-cv-05542 EDL |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JOINT STATUS REPORT** |
| COMPLETE GENOMICS, INC., | ) ) | |
| Defendant. | ) ) ) | |

Plaintiffs Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") and Defendant Complete Genomics, Inc. ("CGI") provide the following Joint Status Report to the Court pursuant to the Stipulation and Order to Vacate Scheduling Order entered by the Court on October 30, 2012 (Dkt. No. 199).

On October 16, 2012, the Court granted CGI's Motion for Partial Summary Judgment of Invalidity of Claims 1, 9, 10, and 14-19 of the '597 Patent (Dkt. No. 197). Since that ruling, the parties have discussed procedural options for the remaining claims, defenses, and counterclaims in this case and the possibility of an appeal.

**ILLUMINA'S STATEMENT**

Pursuant to Local Rule 7-9, no later than November 9, 2012, Illumina intends to file a Motion for Leave to File a Motion for Reconsideration regarding the Court's summary judgment ruling invalidating claims 14 and 15 of the '597 patent. Illumina suggests that the Court first decide its motion for reconsideration before the parties decide whether any additional motion practice will be required. In addition to the claims that the Court ruled invalid, Illumina also asserts infringement of claims 2, 4, and 5 of the '597 patent ("the kit claims"). Illumina is considering whether it will continue to assert infringement of those claims if the Court denies its motion for reconsideration. If Illumina continues to assert the kit claims, Illumina understands that CGI intends to file a motion for summary judgment of non-infringement with respect to those claims, and Illumina expects the parties can agree on a briefing schedule for that motion. Illumina does not agree, however, with CGI's proposal that the parties immediately brief a motion for summary judgment with respect to the kit claims. Depending on the outcome of Illumina's Motion for Leave to File a Motion for Reconsideration, Illumina will decide whether to continue to assert infringement of the kit claims.

**CGI'S STATEMENT**

CGI does not believe Illumina can demonstrate a valid basis for filing a motion for reconsideration under the stringent standard of Local Rule 7-9(b). Illumina has informed CGI that it seeks to file its motion for reconsideration under Local Rule 7-9(b)(3), which requires a showing

1

of a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Because the Court considered all material facts and dispositive legal arguments relating to the invalidity of the '597 patent, Illumina's Motion for Leave to File a Motion for Reconsideration should be denied.

CGI is prepared to file a motion for summary judgment of non-infringement of the asserted kit claims (claims 2, 4, and 5) and proposes the following briefing and hearing schedule: CGI's motion will be filed on or before November 9, 2012; Illumina's response will be due on or before December 14, 2012; CGI's reply will be due on or before January 11, 2013; a hearing will be held on February 5, 2013, or at another date and time convenient for the Court.

CGI's counterclaims for inequitable conduct and violation of the Sherman Act remain in this litigation. CGI proposes that after the Court rules on its motion for summary judgment of non-infringement of the kit claims, the parties will propose a schedule to conclude discovery related to the remaining claims in the case and a proposed trial date and schedule.

Dated: November 5, 2012

| | |
|---|---|
| */s/ John R. Labbé* | */s/ Marisa Williams* |
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email: kflowers@marshallip.com | Email: michael.malecek@kayescholer.com |
| Mark H. Izraelewicz (admitted *pro hac vice*) | Sean Boyle (State Bar No. 238128) |
| Email: mizraelewicz@marshallip.com | Email: sean.boyle@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Marisa Williams (State Bar No. 264907) |
| Email: jlabbe@marshallip.com | Email: marisa.armanino@kayescholer.com |
| Cullen N. Pendleton (admitted *pro hac vice*) | KAYE SCHOLER LLP |
| Email: cpendleton@marshallip.com | Two Palo Alto Square, Suite 400 |
| Amanda K. Antons (admitted *pro hac vice*) | 3000 El Camino Real |
| Email: aantons@marshallip.com | Palo Alto, California 94306-2112 |
| MARSHALL, GERSTEIN & BORUN LLP | Telephone: (650) 319-4500 |
| 233 South Wacker Drive | Facsimile: (650) 319-4700 |
| 6300 Willis Tower | |
| Chicago, Illinois 60606-6357 | Attorneys for Defendant and Counterclaimant |
| Telephone: (312) 474-6300 | COMPLETE GENOMICS, INC. |
| Facsimile: (312) 474-0448 | |

Gina A. Bibby
Email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, John R. Labbé hereby attests that Marisa Armanino Williams has provided her concurrence with the electronic filing of this Joint Status Report.