IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA INC, | No. C -10-05542(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| COMPLETE GENOMICS INC, | |
| Defendant. | |

The Court has reviewed the parties' joint status report of November 5, 2012. Docket No. 200. The Court will not set a briefing schedule for any further motions for summary judgment until after the resolution of Plaintiff's anticipated Motion for Leave to File a Motion for Reconsideration.

IT IS SO ORDERED.

Dated: November 7, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge