**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA INC,            No. C -10-05542(EDL)

    Plaintiff,            **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**

v.

COMPLETE GENOMICS INC,

    Defendant.

_____/

On November 9, 2012, Plaintiff filed a motion for leave to file a motion for reconsideration of the Court's order of October 16, 2012, granting Defendant's motion for partial summary judgment regarding claims 14 and 15. Docket No. 202. It is HEREBY ORDERED that Plaintiff's motion for leave to file a motion for reconsideration pursuant to Civil Local Rule 7-9 is GRANTED.

IT IS SO ORDERED.

Dated: November 20, 2012

                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge