**United States District Court**
For the Northern District of California

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    ILLUMINA INC,                          No. C -10-05542(EDL)
9              Plaintiff,                   **ORDER**
10    v.
11   COMPLETE GENOMICS INC,
12             Defendant.
                                          /
13
14        On November 30, 2012, Plaintiff Illumina filed a Motion for Reconsideration of Order
15   Granting Defendant's Motion for Partial Summary Judgment Regarding Claims 14 and 15.  Docket
16   No. 205.  Defendant's opposition to the motion is due December 14, 2012.  Plaintiff's reply is due
17   on December 21, 2012.  The Court will conduct a hearing on the motion on January 22, 2013, at
18   9:00 am.
19
20
21        IT IS SO ORDERED.
22
23
24   Dated: December 4, 2012
25                                          ELIZABETH D. LAPORTE
                                           United States Magistrate Judge
26
27
28