Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email address: sean.boyle@kayescholer.com
Marisa Armanino Williams (State Bar No. 264907)
Email address:  marisa.armanino@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:     (650) 319-4500
Facsimile:       (650) 319-4700

Attorneys for Defendant
COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE GENOMICS, INC.,<br><br>Defendant. | Case No.  3:10-cv-05542 EDL<br><br>**DECLARATION OF RADOJE T. DRMANAC, PH.D. IN SUPPORT OF DEFENDANT COMPLETE GENOMICS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF CLAIMS 2, 4, AND 5 OF THE '597 PATENT**<br><br>Date: February 20, 2013<br>Time: 9:00 A.M.<br>Place: Courtroom E, 15th Floor |

I, Radoje T. Drmanac, declare:

1. I am a co-founder of Complete Genomics, Inc. and have served as its Chief Scientific Officer since July 2005. I make this declaration in support of Defendant Complete Genomics, Inc.'s Motion For Summary Judgment Of Non-Infringement Of Claims 2, 4, And 5 Of The '597 Patent. The matters set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I received a B.S., M.S. and Ph.D. in Molecular Biology from the University of Belgrade. I have worked as a research scientist and inventor in the field of human genome sequencing for more than twenty-five years and have co-founded three DNA sequencing companies.

3. I am a developer of the combinatorial Probe-Anchor Ligation ("cPAL") technology at issue in this case.

4. I am the lead author of an article entitled "Human Genome Sequencing Using Unchained Base Reads on Self-Assembling DNA Nanoarrays" published in the journal *Science*, Vol. 237, pages 78-81, January 1, 2010, and attached as Exhibit 1 to the Declaration of Matthew James Callow, Ph.D In Support Of Defendant Complete Genomics, Inc.'s Motion For Summary Judgment Of Non-Infringement Of Claims 2, 4, And 5 Of The '597 Patent ("Callow Declaration").

5. I have reviewed the Callow Declaration and confirm that the statements contained therein are true and accurate representations of CGI's cPAL technology.

6. CGI's cPAL method uses one pool of all 9-mer oligonucleotide probes (a total of 262,144 probes) to determine the identity (*i.e.*, A, T, G, or C) of a single position in an unknown target sequence. CGI does not divide its probe pool of all 9-mers into subsets based on annealing temperatures or any other parameter. Rather, CGI applies the entire pool of 9-mer oligonucleotide probes (each with one of four bases at the informative position labeled with a corresponding dye) at the same time and in the same mixture, and thus, at a common temperature.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  17th day of January, 2013, in Mountain View, California.

_____
Radoje T. Drmanac