UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** January 29, 2013
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**  **C-10-05542** EDL

**Title:**  ILLUMINA INC, et al. v. COMPLETE GENOMICS INC.

**Attorneys:**  PLTF: Kevin Flowers, John Labbe    DEF: Michael Malecek,
                                                      Marisa Armanino Williams

**Deputy Clerk:**   Kristen Melen

**Court Reporter:**   Belle Ball    **Tape No.** 10:03-11:03 & 11:13-11:57
                                         (Time: 1:44 hours  )

**PROCEEDINGS:**                            **RULINGS:**

Motion for Reconsideration re Order of Motion for Summary         submitted
Judgment, Regarding Claims 14 and 15


**ORDERED AFTER HEARING:**


**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ X]  Court

**Case Continued to:**