# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                      Date:  February 20, 2013
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     **C-10-05542** EDL

**Title:**       ILLUMINA INC, et al. v. COMPLETE GENOMICS INC

**Attorneys:**   PLTF: Kevin Flowers     DEF: Marisa Armanino Williams, Henry Schober III

**Deputy Clerk:**   Kristen Melen

**Court Reporter:**   Belle Ball         **Tape No.** 9:07- 9:38
                                         (Time: 31 mins   )

| **PROCEEDINGS:** | **RULINGS:** |
|---|---|
| Motion for Summary Judgment of Non-Infringement of Claims 2, 4, and 5 of the '597 Patent | Submitted |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ X]  Court

**Case Continued to:**

Notes:

cc: