Kevin M. Flowers (admitted *pro hac vice*)
Email:  kflowers@marshallip.com
Mark H. Izraelewicz (admitted *pro hac vice*)
Email:  mizraelewicz@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email:  jlabbe@marshallip.com
Cullen N. Pendleton (admitted *pro hac vice*)
Email:  cpendleton@marshallip.com
Amanda K. Antons (admitted *pro hac vice*)
Email:  aantons@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Adrienne Hunacek Miller (State Bar No. 274660)
Email: amiller@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Plaintiffs and Counterdefendants
ILLUMINA, INC. and SOLEXA, INC.

Michael J. Malecek (State Bar No. 171034)
Email:  michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email:  sean.boyle@kayescholer.com
Marisa Williams (State Bar No. 264907)
Email: marisa.armanino@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and SOLEXA, INC.,<br><br>            Plaintiffs and Counterdefendants,<br><br>       v.<br><br>COMPLETE GENOMICS, INC.,<br><br>            Defendant and Counterclaimant. | Case No.  3:10-cv-05542 EDL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed by Plaintiffs and Counterdefendants Illumina, Inc. and Solexa, Inc. ("Illumina") and Defendant and Counterclaimant Complete Genomics, Inc. ("CGI"), by and through their respective undersigned counsel, and subject to the approval of the Court, that all claims and counterclaims in this action between Illumina and CGI are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

Dated: July 19, 2013

| */s/ John R. Labbé* | */s/ Michael J. Malecek* |
|---|---|
| Kevin M. Flowers (admitted *pro hac vice*) | Michael J. Malecek (State Bar No. 171034) |
| Email:  kflowers@marshallip.com | Email:  michael.malecek@kayescholer.com |
| John R. Labbé (admitted *pro hac vice*) | Sean Boyle (State Bar No. 238128) |
| Email:  jlabbe@marshallip.com | Email:  sean.boyle@kayescholer.com |
| Mark H. Izraelewicz (admitted *pro hac vice*) | Marisa Williams (State Bar No. 264907) |
| Email:  mizraelewicz@marshallip.com | Email: marisa.armanino@kayescholer.com |
| Cullen N. Pendleton (admitted *pro hac vice*) | KAYE SCHOLER LLP |
| Email:  cpendleton@marshallip.com | Two Palo Alto Square, Suite 400 |
| Amanda K. Antons (admitted *pro hac vice*) | 3000 El Camino Real |
| Email:  aantons@marshallip.com | Palo Alto, California  94306-2112 |
| MARSHALL, GERSTEIN & BORUN LLP | Telephone:  (650) 319-4500 |
| 233 South Wacker Drive | Facsimile:  (650) 319-4700 |
| 6300 Willis Tower | |
| Chicago, Illinois 60606-6357 | Attorneys for Defendant and Counterclaimant |
| Telephone:  (312) 474-6300 | COMPLETE GENOMICS, INC. |
| Facsimile:  (312) 474-0448 | |

Adrienne Hunacek Miller (State Bar No. 274660)
Email:  amiller@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Plaintiffs and Counterdefendants
ILLUMINA, INC. and SOLEXA, INC.

FILER'S ATTESTATION: Pursuant to General Order No. 45, Section X.B, John Labbé hereby attests that Michael Malecek has provided his concurrence with the electronic filing of this Stipulation of Dismissal With Prejudice.

1  **[PROPOSED] ORDER**

2   IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, all claims and
3  counterclaims in this action are hereby dismissed with prejudice, with each party to bear its own
4  costs and attorneys' fees in this action.

5   **IT IS SO ORDERED.**

6   _____
  The Honorable Elizabeth D. Laporte
7  CHIEF U.S. MAGISTRATE JUDGE

  Dated: July 19, 2013